**United States District Court**
**Violation Notice**

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NS61 | E 1117909 | A. CUEVAS | 2851 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 6/15/21  1938 HRS | 36 CFR 7.29 (c) |

Place of Offense

GO - BEACH

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Public Lewd

### DEFENDANT INFORMATION    Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| KNOX | ANDREA | V |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ D.L. State | Social Security No. |
|---|---|---|

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

### VEHICLE    VIN:                         CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

| Date | 09-08-21 |
|---|---|
| Time | 9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X _____ Defendant Signature

Original - CVB Copy

*E1117909*

CVB SCAN 07/16/2021 11:20

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2021 11:20

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on June 15, 2021 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

On the June 15, 2021 while on patrol at Gunnison beach at approximately 1935 HRS. I observed a male on top of a female having sexual intercourse in a half dome teii tent. The open side of the tent was facing me, exposing the inside of the tent. The female later identified by (NJDL#            as KNOX, ANDREA V) was laying down nude on her back with her legs open wrapped halfway around the white male. The white male later identified by (NJDL# I            is REITZ, JEFFREY G) was positioned on top of the KNOX kneeling with his legs in between KNOX legs and REITZ hands were palms down on the ground above KNOX's shoulders supporting his weight on top of KNOX. REITZ was thrusting his hips forward and backwards multiple times into KNOX. Multiple 50ml shot bottles were also found in the pockets of their beach chairs. Approximately thirty 50ml shot bottles of alcohol were open and ten 50ml shot bottles were unopened.

The foregoing statement is based upon:

☑ my personal observation                    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // __06/15/2021__          _____ #2851
                Date (mm/dd/yyyy)              Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

                Date (mm/dd/yyyy)              U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

**United States District Court**
**Violation Notice**

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ61 | E 1117911 | A. Cuevas | 2857 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 6-15-21  1938 HRS | 36 CFR 2.35(a)(3)(iii) |

Place of Offense
G-BEACH

Offense Description: Factual Basis for Charge          HAZMAT ☐

Alcohol in Closed AREA

## DEFENDANT INFORMATION    Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| KNOX | ANDREA | V |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☒ Adult ☐ Juvenile | Sex ☐ Male ☐ Female | Hair | Eyes | Height | Weight

## VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

## APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

## APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

$ _____ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | 09-08-21 |
| | Time 0900 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1117911*

CVB SCAN 07/16/2021 11:21

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2021 11:21

CVB SCAN 07/16/2021 11:21

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on June 15, 2021 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

On the June 15, 2021 while on patrol at Gunnison beach at approximately 1935 HRS. I observed a male on top of a female having sexual intercourse in a half dome tell tent. The open side of the tent was facing me, exposing the inside of the tent. The female later identified by (NJDL# .                    as KNOX, ANDREA V) was laying down nude on her back with her legs open wrapped halfway around the white male. The white male later identified by (NJDL#                    as REITZ, JEFFREY G) was positioned on top of the KNOX kneeling with his legs in between KNOX legs and REITZ hands were palms down on the ground above KNOX's shoulders supporting his weight on top of KNOX. REITZ was thrusting his hips forward and backwards multiple times into KNOX. Multiple 50ml shot bottles were also found in the pockets of their beach chairs. Approximately thirty 50ml shot bottles of alcohol were open and ten 50ml shot bottles were unopened.

The foregoing statement is based upon:

☒ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // __06/15/2021__          _____ __# 2851__
                    Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 

_____          _____
Date (mm/dd/yyyy)                    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.