**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

```
-----------------------------------------------------------------------x )
UNITED STATES OF AMERICA,               )    Docket No.: 25-1050
                                        )
                        Plaintiff,      )
                                        )    Hon. Andrea D. Bergman, USMJ
                                        )
                                        )
vs.                                     )
                                        )
                                        )
                                        )
                                        )
                                        )
ANDREA KNOX, et. al                     )    NOTICE OF APPEAL
                                        )
                                        )
                                        )
                        Defendant(s)    )
-----------------------------------------------------------------------x )
```

Notice is hereby given that Defendant, Andrea Knox, by and through her attorneys, The Law Offices of Nicholas A. Moschella, Jr., LLC., hereby appeals to the United States Court District Court, District of New Jersey, from the final Judgment entered in this matter on March 5, 2025, before the United States Magistrate Judge, Andrea D. Bergman.

Respectfully Submitted,

By:  */s/ Nicholas A. Moschella, Jr.*
   NICHOLAS A. MOSCHELLA, JR.
   *The Law Office of*
   *Nicholas A. Moschella, Jr., LLC*
   278 Brick Boulevard
   Brick, NJ 08723
   Tel: (732) 451-2283
   Fax: (732) 475-6082
   Email: jah@moschellalaw.com

1

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

```
-----------------------------------------------------------------------x )
UNITED STATES OF AMERICA,                  )     Docket No.: 25-1050
                                           )
                          Plaintiff,       )
                                           )     Hon. Andrea D. Bergman, USMJ
                                           )
                                           )
vs.                                        )
                                           )
                                           )
                                           )
                                           )
                                           )
ANDREA KNOX, et. al                        )     PROOF OF SERVICE
                                           )
                                           )
                                           )
                          Defendant(s)     )
-----------------------------------------------------------------------x )
```

     I, Nicholas A. Moschella, Jr., Esq; being of sound mind and legal age hereby depose and state:

     I hereby certify that on March 19, 2025, the instant Notice of Appeal was sent to the United States District Court for the District of New Jersey; via email and accordingly this office served all known parties above with the instant Proof of Service at the following addresses:

Angela DiAndrea
Courtroom Deputy to the Honorable Andrea Dechenne Bergman, USMJ
United States District Court
50 Walnut Street - Room 4015
Newark, New Jersey 07101
(973) 645-3619 Phone
(609) 989-2347 Fax
Angela_DiAndrea@njd.uscourts.gov

     I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                  /s/ *Nicholas A. Moschella, Jr.*
                                                                  NICHOLAS A. MOSCHELLA, JR..

Dated: March 19, 2025